UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| FRANK L. LABBY, ET AL. | : | CIVIL ACTION NO. 18-cv-1388 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| LABBY MEMORIAL ENTERPRISES, LLC, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 22] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the motion to remand [doc. 8] is hereby **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 29 day of July, 2019.

_____
JUDGE JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE