UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **FRANK L LABBY ET AL** | **CASE NO. 2:18-CV-01388** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **LABBY MEMORIAL ENTERPRISES, L L C, ET AL** | **MAGISTRATE JUDGE KAY** |

### MEMORANDUM RULING

Before the Court is "Defendants' Motion for Patial [sic] Summary Judgment, or seeking Judgment against Plaintiff Lisa J. Labby for Dismissal for the Claims in Count II of the Amended Complaint" (Doc. 61) wherein Defendants, Labby Memorial Enterprises, LLC ("LME") and John W. Yopp ("Defendants") move to dismiss Count II for breach of contract with regard to an "Employment Agreement"[1] between LME and Lisa Labby, pursuant to Rule 56 of the Federal Rules of Civil Procedure. Defendants submit summary judgment evidence which includes Lisa Labby's deposition testimony that she resigned from her employment with LME effective April 4, 2018.[2] Additionally Defendants submit an email which expressly states that Ms. Labby resigned her position with LME effective April 4, 2018.[3]

Plaintiff, Lisa Labby has filed a "Response to Defendants' Motion for Partial Summary Judgment of Count II of the Amended Complaint"[4] wherein she states that she

---

[1] Doc. 37-4.
[2] Defendants' exhibit A, Lisa Labby deposition, pp. 21-22.
[3] Defendants' exhibit A-1.
[4] Doc. 72.

"does not contest or oppose this Motion for Partial Summary Judgment as it relates to any claims based upon the Employment Agreement she signed with Labby Memorial Enterprises, LLC."[5]

## CONCLUSION

Based on Lisa Labby's filing of no contest or opposition, the Court will grant Defendants' Motion for Summary Judgment and dismiss this claim with prejudice.

**THUS DONE AND SIGNED** in Chambers on this 10th day of August, 2020.

*/s/ James D. Cain, Jr.*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[5] Id. ¶ 1.